STATE v. AUBIN

    No. 608P90

    Case below: 100 N.C.App. 628

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 March 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991.

STATE v. BARBER

    No. 151P89

    Case below: 93 N.C.App. 42

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 17 June 1989.

STATE v. BUNCH

    No. 52P91

    Case below: 101 N.C.App. 243

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991.

STATE v. CARTER

    No. 378P90

    Case below: 99 N.C.App. 361

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991.

STATE v. DRDAK

    No. 107P91

    Case below: 101 N.C.App. 659

Petition by Attorney General for temporary stay allowed 26 February 1991 pending consideration and determination of the petition for discretionary review.